# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RONALD MARSHALL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-13569** |
| **JAMES LEBLANC, SECRETARY, ET AL.** | **SECTION: "H"(1)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and Petitioner's objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's motions for a temporary restraining order and preliminary injunction, Rec. Docs. 10 and 13, are **DENIED**.

New Orleans, Louisiana, this 13th day of May, 2019.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**