UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RONALD MARSHALL** | **CIVIL ACTION** |
| **VERSUS** | **NO: 18-13569** |
| **JAMES LEBLANC ET AL.** | **SECTION "H"** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation ("R&R") of the United States Magistrate Judge (Doc. 27) and Plaintiff's objections to the R&R (Doc. 36) hereby approves the R&R of the United States Magistrate Judge and adopts it as this Court's opinion in this matter except to the extent modified by this Order.

The R&R recommends dismissal with prejudice of all of Plaintiff's claims except for his § 1983 claim against Defendant Dr. Robert Cleveland in his individual capacity. Plaintiff objects that the R&R recommends dismissal with prejudice and argues that he should be given leave to amend his Complaint. The Federal Rules of Civil Procedure provide that leave to amend the complaint "shall be freely given when justice so requires."[1] Indeed, the Fifth

---

[1] FED. R. CIV. P. 15(a).

1

Circuit has stated that "[g]ranting leave to amend is especially appropriate, in cases such as this, when the trial court has dismissed the complaint for failure to state a claim."[2] Accordingly, Plaintiff's claims are dismissed without prejudice, and he shall be given leave to amend.

Next, Plaintiff objects to the Magistrate Judge's recommendation to dismiss his claims for injunctive relief against Defendants James LeBlanc, Robert Tanner, and Beverly Kelly in their official capacities. Defendants did not provide argument for the dismissal of these claims in their Motion to Dismiss, and the R&R does not provide reasons for the dismissal of these claims.

Accordingly;

**IT IS ORDERED** that the Defendants' Motion to Dismiss (Doc. 21) is **GRANTED IN PART**. The Motion is denied with respect to Plaintiff's individual capacity claim against Defendant Cleveland and official capacity claims for injunctive relief against Defendants LeBlanc, Tanner, and Kelly. All of Plaintiff's remaining claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff may amend his Complaint within 20 days of this Order to the extent that he can remedy the deficiencies identified.

New Orleans, Louisiana this 29th day of April, 2020.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

---

[2] Griggs v. Hinds Junior Coll., 563 F.2d 179, 179–80 (5th Cir. 1977).