UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RONALD MARSHALL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-13569** |
| **JAMES LEBLANC, SECRETARY, ET AL.** | **SECTION: "H"(1)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, the objection to the Magistrate Judge's Partial Report and Recommendation, and the response thereto, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendants' motion for Motion for Summary Judgment, Rec. Doc. 68, be **GRANTED** and that plaintiff's COVID-related claim against Secretary James LeBlanc and Warden Robert Tanner is **DISMISSED WITHOUT PREJUDICE** pursuant to 42 U.S.C. § 1997e(a).

New Orleans, Louisiana, this 26th day of February, 2021.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**